IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES ROBERT
FRANKENBERRY, JR.,

      Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5638

Opinion filed February 25, 2015.

An appeal from an order of the Circuit Court for Leon County.
James C. Hankinson, Judge.

James Robert Frankenberry, Jr., pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, C. J., BENTON and ROWE, JJ., CONCUR.